E-filing

FILED
AUG 26 P
RICHARD
CLERK, U
NORTH

JW

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **Bishop** **Marlon** **J.**
     (Last)      (First)      (Initial)

Prisoner Number # **AC8786**

Institutional Address **San Quentin state Prison, San Quentin, Calif 94974.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Marlon Jamal Bishop**
(Enter the full name of plaintiff in this action.)

CV 10   3811

vs.

**Deborah Madden**
**Kamalah Harris**
**George Gascón**

(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

JW

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement **San Quentin State Prison.**

B.  Is there a grievance procedure in this institution?

YES ( )   NO (✓)

C.  Did you present the facts in your complaint for review through the grievance procedure?

YES ( )   NO (✓)

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT

- 1 -

1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. My claim is against the City and County of San Francisco. I did file a claim with the City's claim division/City attorney and it was denied.

H. Parties:

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Marlon Jamal Bishop #AC8786
S.Q.S.P. H-2-85
San Quentin, Calif 94974.

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT                      -2-

1. Deborah Madden (ex-City employee - Senior Crime Lab tec.)
2. Kamalah Harris (Distric Attorney of San Francisco)
3. George Gascon (Chief of Police / San Francisco)

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

George Gascon, Chief of San Francisco Police department Knowingly employed civilian employee Deborah Madden, although she had a criminal history and allowed her to continue working in San Francisco Drug crime labatory after complaints of Drug use / Theft.

Kamalah Harris, willfully and knowingly, allowed her office (Distric Attorneys office) to prosecute cases / drug cases that came through an "unaccredited Drug Labatory. The district Attorneys office purposly witheld civilian employee Deborah Maddens criminal history from defence attorneys, and only began to drop drug cases once information became public.

Deborah Madden, worked on, testified in and tainted countless cases / evedience while under the umbrella employment of S.F.P.D, all while stealing / using drugs, and recklessly damaging lives.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I request finacial relief / damages. (unlimited)
I would like the court to order payment of damages / or allow this complaint to go forth to the next level.

COMPLAINT                          - 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of July, 2010

Marlon Jamal Bishop
(Plaintiff's signature)